IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KIRLEW BROWN,

     Appellant,

 v.

                             Case No.  5D22-2028
                             LT Case No. 2015-DR-025610

KELLY MCEACHERN,

     Appellee.
_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Brevard County,
Kathryn M. Speicher, Judge.

Kirlew Brown, Palm Bay, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., SOUD and MACIVER, JJ., concur.